UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

N O T I C E

UNITED STATES OF AMERICA          CASE NO. CR-01-00192-001

vs.                                *Judge Caldwell*

TROY SHATZER

---

**Type of Case:**
( ) Civil          (X) Criminal

(xx) Take Notice that the proceeding in this case has been
     SCHEDULED for the place, date, and time set forth below:

U.S. District Court                COURTROOM NO. 1 - Ninth Floor
228 Walnut Street
Harrisburg, PA                     April 25, 2008 at 10:30 a.m.

TYPE OF PROCEEDING:                Supervised Release Revocation Hearing

*NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin to sign the appropriate paperwork.*

Mary E. D'Andrea, Clerk


Ann Severino-Michael
Deputy Clerk

FILED
HARRISBURG, PA

APR 2 4 2008

_____, CLERK
Deputy Clerk

DATED: April 24, 2008

Judge William W. Caldwell
Martin C. Carlson, AUSA
James T. Clancy, AUSA
Lori J. Ulrich, FPD
U.S. Marshal
U.S. Probation
Troy Shatzer (IN CUSTODY)
Wes Armstrong, Lori Shuey, Wendy Yinger, Court Reporter(s)
File Copy