IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
          Plaintiff             :

                :

        vs.               :     CR-01-00192-001

                :

TROY SHATZER
          Defendant      :

## ORDER

AND NOW, this _25th_ day of _April_ 2008, upon a

finding that the defendant, Troy Shatzer, is financially unable

to obtain counsel, IT IS ORDERED that Lori J. Ulrich, Federal

Public Defender, Office of the Federal Public Defender, 100 Chestnut

Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone

(717) 782-2237, is appointed to represent the defendant in all matters

pertaining to this action.

*William W. Caldwell*
_____
William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA

APR 2 5 2008

MARY E. D'ANDREA, CLERK
Per _____
               Deputy Clerk