◆AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 1

# UNITED STATES DISTRICT COURT

__Middle__ District of __Pennsylvania__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

TROY SHATZER

Case Number: 1:CR-01-00192-001
USM Number: 10873-067

Lori J. Ulrich, FPD
Defendant's Attorney

FILED
HARRISBURG, PA
APR 3 0 2008
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __General Condition;__ of the term of supervision.
                                              __Standard Conditions 7 & 9__
                                              __Standard Conditions 2 & 9__

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any use of a controlled substance. | 04/08/2008 |
| Standard Condition #7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 04/08/2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 08/23/1975

Defendant's Residence Address:
100 Timber Lane, Apt. 122
Shippensburg, PA 17257

Defendant's Mailing Address:
SAME AS ABOVE

April 25, 2008
Date of Imposition of Judgment

_William W. Caldwell_ (signature)
Signature of Judge

William W. Caldwell, United States District Judge
Name and Title of Judge

4/30/08
Date

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: Troy Shatzer
CASE NUMBER: 1:CR-01-00192-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Condition #9 | The defendant shall participate in a program of testing and treatment for drug abuse. | 04/08/2008 |
| Standard Condition #2 | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 02/05/2008 |
| Standard Condition #9 | The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer. | 01/17/2008 |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: Troy Shatzer
CASE NUMBER: 1:CR-01-00192-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :  24 months.

X   The court makes the following recommendations to the Bureau of Prisons:
The court recommends to the Bureau of Prisons that the defendant be designated to FCI McKean, as the place of confinement, if deemed appropriate.

X   The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m.  ☐ p.m.  on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL