AO 442 (Rev. 5/93) Warrant for Arrest

**ORIGINAL**

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: 1:01-CR-192-01 |
| TROY SHATZER | Judge William W. Caldwell |

FILED
HARRISBURG, PA

MAY — 8 2008

MARY E. D'ANDREA
Per _____ Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __TROY SHATZER__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with Violations of General and Standard Conditions of Release.

---

| Mary E. D'Andrea | Clerk, U.S. District Court - Middle District of PA |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Kevin J. Neary | April 17, 2008 - Harrisburg, PA |
| Signature of Issuing Officer or Deputy Clerk | Date and Location |

Bail fixed at $ _____   by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _100 Timber Lane Apt #122 Shippensburg, PA_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/15/08 | Mike Alemand DUSM | /s/ |
| DATE OF ARREST | | |
| 4/23/08 | | |